# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00249-CV

### In re Patrick Earl Tarkington

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## MEMORANDUM OPINION

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pro se request filed on February 7, 2022. Although mandamus relief is generally available when the trial court has failed to rule on a properly filed request within a reasonable length of time, a delay of three months is not unreasonable. *See In re Whitfield*, No. 03-18-00564-CV, 2018 WL 4140735, at *1 (Tex. App.—Austin Aug. 29, 2018, orig. proceeding). Accordingly, we deny the petition for writ of mandamus.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: May 12, 2022